JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| IVAN DAVID DUQUE MANCERA,<br><br>                    Petitioner,<br><br>      v.<br><br>WARDEN OF THE DESERT VIEW FACILITY, et al.,<br><br>                    Respondents. | Case No. EDCV 26-2937-AS<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: June 11, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE